RECEIVED
JUL 17 2018
AT 8:30
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :

: ORDER TO APPOINT COUNSEL
v. : CRIMINAL NO:18-344(BRM)01

:

ALI MUMIN HAGI-SUFI, DEFENDANT :

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 17th day of July, 2018,

O R D E R E D that Brian Reilly, Assistant Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant only in this cause until further order of the Court.

_____
BRIAN R. MARTINOTTI
United States District Judge